■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE BROWN, Appellant.— *Order unanimously affirmed. No opinion.* Concur.— Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ SAMUEL GREENBERG et al. v. RICHARD S. CHILDS et al. MEYER HOLSTEIN v. ALEXANDER L. GUTERMA et al.— Motion to dismiss appeal denied, having become academic by virtue of the decision of Special Term granting motion to include movant in the consolidated action. Concur— Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN CHAPMAN. Motion denied. Concur— Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

## (October 8, 1958)

■ METROPOLITAN FUNERAL DIRECTORS ASSOCIATION, INC., et al., Appellants, v. E. JOSEPH ZEBROWSKI, Individually and as President of the Funeral Directors, Embalmers and Undertakers Union of New York City and Vicinity, Local 407, Building Service Employees International Union, AFL–CIO, et al., Respondents.— Under the circumstances disclosed by this record, the determination of the application should have been held in abeyance pending a hearing as to whether or not the acts complained of violate the temporary injunction dated March 4, 1957. The order appealed from unanimously reversed, on the facts and on the law and in the exercise of discretion, with costs, and the matter remitted to Special Term for a hearing on the issues by the court. Pending the determination of the motion, in the interests of justice, the respondents are ordered to cease and desist the picketing complained of in the moving papers. Settle order. Concur— Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

## (October 9, 1958)

■ MURRAY S. LEVINE v. MURRAY BLAIVAS et al., Individually and Doing Business as KINGS COUNTY RESEARCH LABORATORIES.— Motion to dismiss appeal granted. Concur— Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ In the Matter of LOUIS J. GALIERO against FRANCIS W. H. ADAMS, as Police Commissioner.— Motion to dismiss appeal granted, with $10 costs. Concur— Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ In the Matter of KENNETH J. JORDAN against FRANCIS W. H. ADAMS, as Police Commissioner.— Motion to dismiss appeal granted, with $10 costs. Concur— Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ ADRIAN CARTER v. JOHN A. GARVEY TRANSPORTATION CO., INC., et al. ALFREDA WATKINS, Individually and as Administratrix of JOSEPH C. WATKINS, Deceased, v. JOHN A. GARVEY TRANSPORTATION CO., INC. et al.— Motion to dismiss appeals granted, with $10 costs. Concur— Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LEROY BURTON.— Motion to dismiss appeal granted. Concur— Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ COMMISSIONER OF WELFARE v. ANTHONY DE LUCA.— Motion to dismiss appeal granted. Concur— Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.